| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| **William H. Brownstein**<br>**William H. Brownstein & Associates, P.C.**<br>**1250 Sixth Street**<br>**Suite 205**<br>**Santa Monica, CA  90401-1637**<br>Phone: **310 458-0048**     Fax:  **310 576-3581**<br>California State Bar Number: **84507**<br>☐ *Attorney for:* | |

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA
### SAN FERNANDO VALLEY DIVISION

| In re:<br>**1643 Rising Glen, LLC**<br><br>                                        Debtor. | CASE NO.:<br>CHAPTER:  **11**<br><br>ADV. NO.: |
|---|---|

## ELECTRONIC FILING DECLARATION
## (CORPORATION/PARTNERSHIP)

☐ Petition, statement of affairs, schedules or lists          Date Filed: _____
☐ Amendments to petition, statement of affairs, schedules or lists    Date Filed: _____
☐ Other: _____                  Date Filed: _____

### PART I - DECLARATION OF AUTHORIZED SIGNATORY OF DEBTOR OR OTHER PARTY

I, the undersigned, hereby declare under penalty of perjury that: (1) I have been authorized by the Debtor or other party on whose behalf the above-referenced document is being filed (Filing Party) to sign and to file, on behalf of the Filing Party, the above-referenced document being filed electronically (Filed Document); (2) I have read and understand the Filed Document; (3) the information provided in the Filed Document is true, correct and complete; (4) the "/s/," followed by my name, on the signature lines for the Filing Party in the Filed Document serves as my signature on behalf of the Filing Party and denotes the making of such declarations, requests, statements, verifications and certifications by me and by the Filing Party to the same extent and effect as my actual signature on such signature lines; (5) I have actually signed a true and correct hard copy of the Filed Document in such places on behalf of the Filing Party and provided the executed hard copy of the Filed Document to the Filing Party's attorney; and (6) I, on behalf of the Filing Party, have authorized the Filing Party's attorney to file the electronic version of the Filed Document and this *Declaration* with the United States Bankruptcy Court for the Central District of California.

_____          **3/15/2011**
*Signature of Authorized Signatory of Filing Party*        Date

**Fredrik Broberg**
*Printed Name of Authorized Signatory of Filing Party*

**Managing Member**
*Title of Authorized Signatory of Filing Party*

### PART II - DECLARATION OF ATTORNEY FOR FILING PARTY

I, the undersigned Attorney for the Filing Party, hereby declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Filing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) an authorized signatory of the Filing Party signed the *Declaration of Authorized Signatory of Debtor or Other Party* before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature of the authorized signatory of the Filing Party in the locations that are indicated by "/s/," followed by the name of the Filing Party's authorized signatory, on the true and correct hard copy of the Filed Document; (4) I shall maintain the executed originals of this *Declaration*, the *Declaration of Authorized Signatory of Debtor or Other Party*, and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this *Declaration*, the *Declaration of Authorized Signatory of Debtor or Other Party*, and the Filed Document available for review upon request of the Court or other parties.

_William H Brownstein_

_____          **3/15/2011**
Signature of Attorney for Filing Party                          _____
                                                                Date

**William H. Brownstein**
_____
Printed Name of Attorney for Filing Party

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

_November 2006_

United States Bankruptcy Court
Central District of California
San Fernando Valley Division

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle):<br>**1643 Rising Glen, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Indvidual-Taxpayer I.D. (ITIN)/Complete EIN(if more than one, state all): **27-5563049** | Last four digits of Soc. Sec. or Indvidual-Taxpayer I.D. (ITIN)/Complete EIN(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>**3537 Berry Drive**<br>**Studio City, CA**<br>ZIP CODE **91604** | Street Address of Joint Debtor (No. & Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Los Angeles County** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |

| Location of Principal Assets of Business Debtor (if different from street address above):<br>**1643 Rising Glen Road, Los Angeles, CA** | ZIP CODE **90069** |
|---|---|

### Type of Debtor
(Form of Organization)
(Check **one** box.)

- [ ] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [x] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Nature of Business
(Check **one** box)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

#### Tax-Exempt Entity
(Check box, if applicable)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code.)

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)

- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Nature of Debts
(Check one box)

- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose."
- [x] Debts are primarily business debts.

### Filing Fee (Check one box)

- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b) See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors

**Check one box:**
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [x] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).

**Check all applicable boxes**
- [ ] A plan is being filed with this petition
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information

- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

**THIS SPACE IS FOR COURT USE ONLY**

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

| **Voluntary Petition** | **FORM B1**, Page 2 |
|---|---|
| *(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**1643 Rising Glen, LLC** |

| **Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location<br>Where Filed:    **NONE** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**NONE** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br><br>❑   Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>**X**   **Not Applicable** _____<br>     Signature of Attorney for Debtor(s)        Date |

| **Exhibit C** | **Exhibit D** |
|---|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>❑   Yes, and Exhibit C is attached and made a part of this petition.<br>☑   No | (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br>❑   Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br>If this is a joint petition:<br>❑   Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box) |
|---|
| ☑   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District. |
| ❑   There is a bankruptcy case concerning debtor's affiliate. general partner, or partnership pending in this District. |
| ❑   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District. or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes.) |
|---|
| ❑   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br>_____<br>(Name of landlord that obtained judgment)<br><br>_____<br>(Address of landlord) |
| ❑   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and |
| ❑   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition. |
| ❑   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

| **Voluntary Petition** | Name of Debtor(s) |
| *(This page must be completed and filed in every case)* | **1643 Rising Glen, LLC** |

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition. |
| [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. | (Check only **one** box.) |
| [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b). | ☐ I request relief in accordance with chapter 15 of Title 11, United States Code. Certified Copies of the documents required by § 1515 of title 11 are attached. |
| I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. | ☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the Chapter of title 11 specified in the petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. |

**Signature(s) of Debtor(s) (Individual/Joint)**

X **Not Applicable**
_____
Signature of Debtor

X **Not Applicable**
_____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of a Foreign Representative**

X **Not Applicable**
_____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

---

| **Signature of Attorney** | **Signature of Non-Attorney Petition Preparer** |
|---|---|

**Signature of Attorney**

X **/s/ William H. Brownstein**
_____
Signature of Attorney for Debtor(s)

**William H. Brownstein**
_____
Printed Name of Attorney for Debtor(s)

**William H. Brownstein & Associates, P.C.**
_____
Firm Name

**1250 Sixth Street Suite 205**
_____
Address

**Santa Monica, CA  90401-1637**
_____

**310 458-0048**                    **310 576-3581**
_____
Telephone Number

**3/15/2011**                          **84507**
_____
Date                                        Bar Number

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a
certification that the attorney has no knowledge after an inquiry that the
information in the schedules is incorrect.

**Signature of Non-Attorney Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

**Not Applicable**
_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X **Not Applicable**
_____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Fredrik Broberg**
_____
Signature of Authorized Individual

**Fredrik Broberg**
_____
Printed Name of Authorized Individual

**Managing Member**
_____
Title of Authorized Individual

**3/15/2011**
_____
Date

**STATEMENT OF RELATED CASES**
**INFORMATION REQUIRED BY LOCAL BANKRUPTCY RULE 1015-2**
**UNITED STATES BANKRUPTCY COURT,CENTRAL DISTRICT OF CALIFORNIA**
**SAN FERNANDO VALLEY DIVISION**

1. A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**None**

2. (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**None**

3. (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**None**

4. (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**None**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at   Studio City   , California.   **/s/ Fredrik Broberg**
                                                    Debtor

Dated   **3/15/2011**

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                    **F 1015-2.1**

## United States Bankruptcy Court

### Central District of California

#### San Fernando Valley Division

In re:

Case No. _____

Chapter    **11**

**1643 Rising Glen, LLC**

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Fredrik Broberg**, declare under penalty of perjury that I am the **Managing Member** of **1643 Rising Glen, LLC,** a **California** Partnership and that on **03/14/2011** the following resolution was duly adopted by the **Fredrik Broberg, Charles Miseroy** of this Partnership:

"Whereas, it is in the best interest of this Partnership to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Fredrik Broberg**, **Managing Member** of this Partnership, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case on behalf of the Partnership; and

Be It Further Resolved, that **Fredrik Broberg**, **Managing Member** of this Partnership, is authorized and directed to appear in all bankruptcy proceedings on behalf of the Partnership, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Partnership in connection with such bankruptcy case; and

Be It Further Resolved, that **Fredrik Broberg**, **Managing Member** of this Partnership, is authorized and directed to employ **William H. Brownstein**, attorney and the law firm of **William H. Brownstein & Associates, P.C.** to represent the Partnership in such bankruptcy case."

Executed on:  **3/15/2011**_____

Signed:    **/s/ Fredrik Broberg**_____
**Fredrik Broberg**

Form B4 (Official Form 4) - (12/07)                                    2007 USBC, Central District of California

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SAN FERNANDO VALLEY DIVISION**

| In re: **1643 Rising Glen, LLC** | CHAPTER: **11** |
| | CASE NO.: |
| Debtor(s). | |

## Form 4.

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Shawn Chew<br>226 3rd Street<br>Encenitas, CA 92024 | Shawn Chew<br>(760) 815-8349<br>Shawn Chew<br>226 3rd Street<br>Encenitas, CA 92024 | Short term loan | | $196,820.64 |
| Ronald M. Resch, Inc<br>9200 Sunset Blvd<br>9th Floor<br>Los Angeles, CA 90069 | Marta Bailey<br>(310) 788-7555<br>Ronald M. Resch, Inc<br>9200 Sunset Blvd<br>9th Floor<br>Los Angeles, CA 90069 | Professional Services | | $21,156.06 |
| Phillip's Draperies<br>161 N. Sierra Madre Blvd.<br>Pasadena, CA 91107 | Ken Girvetz<br>(626) 795-4131 x 13<br>Phillip's Draperies<br>161 N. Sierra Madre Blvd.<br>Pasadena, CA 91107 | Building materials | | $6,077.50 |
| Paragon Design Studio<br>264 S. La Cienega Blvd<br>Suite 1012<br>Beverly Hills, CA 90211 | Eric Hammerlund<br>(310) 497-1331<br>Paragon Design Studio<br>264 S. La Cienega Blvd<br>Suite 1012<br>Beverly Hills, CA 90211 | Architectural Fees | | $3,399.00 |
| Mark E. Foster, Esq.<br>47 Stowe<br>Irvine, California 92620 | Mark Foster<br>(949) 468-1811<br>Mark E. Foster, Esq.<br>47 Stowe<br>Irvine, California 92620 | Professional Services | | $3,270.00 |
| Dana Van Voorhis<br>11346 Iowa Ave #208<br>Los Angeles, CA 90025 | Dana Van Voorhis<br>(714) 767-7422<br>Dana Van Voorhis<br>11346 Iowa Ave #208<br>Los Angeles, CA 90025 | Professional Services | | $2,500.00 |

Form B4 (Official Form 4) - Continued (12/07)                                         2007 USBC, Central District of California

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SAN FERNANDO VALLEY DIVISION**

| In re:  **1643 Rising Glen, LLC** | CHAPTER:  **11** |
|---|---|
| Debtor(s). | CASE NO.: |

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

(Continuation Sheet)

| (1)<br><br>Name of creditor and complete mailing address including zip code | (2)<br><br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br><br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br><br>Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5)<br><br>Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| **Dennis Cisterna III**<br>**9517 ½ W. Olympic Blvd.**<br>**Beverly Hills, CA  90212** | **Dennis Cisterna III**<br>**(619) 743-8215**<br>**Dennis Cisterna III**<br>**9517 ½ W. Olympic Blvd.**<br>**Beverly Hills, CA  90212** | **Professional Services** | | **$2,500.00** |
| **All Skylight Solutions, Inc.**<br>**7522 Slater Ave, Unit 103**<br>**Huntington Beach, CA  92647** | **Margarita Hickerson**<br>**(714) 841-6400**<br>**All Skylight Solutions, Inc.**<br>**7522 Slater Ave, Unit 103**<br>**Huntington Beach, CA  92647** | **Building materials** | | **$1,186.00** |
| **Stonemart**<br>**13425 Sherman Way**<br>**North Hollywood, CA  91605** | **Kim**<br>**(818) 765-4800**<br>**Stonemart**<br>**13425 Sherman Way**<br>**North Hollywood, CA  91605** | **Building Materials** | | **$1,000.00** |

## Declaration Under Penalty of Perjury
## on Behalf of a Corporation or Partnership

I, Fredrik Broberg Managing Member of the Partnership named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date:  **3/15/2011**

**/s/ Fredrik Broberg**
**Fredrik Broberg ,Managing Member**
Debtor

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

**Form B6A - (12/07)**                                          **2007 USBC, Central District of California**

| In re | **1643 Rising Glen, LLC** | | Case No.: | |
|---|---|---|---|---|
| | | Debtor. | | (If known) |

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **1643 RISING GLEN RD LOS ANGELES CA 90069 TRACT # 20404 LOT 24  Assessor's ID No. 5561-022-012** | **Fee Owner** | | **$6,242,850.00** | **$3,212,970.31** |
| **Lot Number 4 of Tract Map 33784 Located in the City of Desert Hot Springs, Riverside County, California Assessors Parcel Number 661-530-042-7 TR#33784 . 22 ACRES IN LOT 4 MB 424/087 TR33784** | **Fee Owner** | | **$ 50,000.00** | **$    0.00** |
| | | **Total ➤** | **$6,292,850.00** | |

(Report also on Summary of Schedules.)

Form B6D - (12/07)                                                    2007 USBC, Central District of California

| In re | **1643 Rising Glen, LLC** | Case No.: | |
|---|---|---|---|
| | Debtor. | | (If known) |

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See Instructions Above)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO.<br>**Finance California<br>1900 Avenue of the Stars<br>Suite 500<br>Los Angeles, CA 90067** | X | | **Default Judgment<br>1643 RISING GLEN RD<br>LOS ANGELES CA 90069<br>TRACT # 20404 LOT 24<br>Assessor's ID No. 5561-022-012**<br><br>**Value $6,242,850.00** | X | X | X | 83,000.00 | 0.00 |
| Last four digits of ACCOUNT NO.   **194983-142-01**<br>**Interaudi Bank<br>19 East 54th Street<br>New York, NY 10022**<br><br>**Catifornia Trustee Services, Inc.<br>3639 Midway Drive, Suite B132<br>San Diego, California 92110** | X | | **Deed of Trust<br>1643 RISING GLEN RD<br>LOS ANGELES CA 90069<br>TRACT # 20404 LOT 24<br>Assessor's ID No. 5561-022-012**<br><br>**Value $6,242,850.00** | | X | | 3,093,294.87 | 0.00 |
| Last four digits of ACCOUNT NO.<br>**Los Angeles County Tax Collector<br>Kenneth Hahn Hall of Administration<br>225 North Hill Street<br>Los Angeles, CA  90012** | | | **04/10/2010<br>Tax Lien<br>1643 RISING GLEN RD<br>LOS ANGELES CA 90069<br>TRACT # 20404 LOT 24<br>Assessor's ID No. 5561-022-012**<br><br>**Value $6,242,850.00** | | | | 25,088.75 | 0.00 |

<u>1</u> continuation sheets attached

|  | Subtotal<br>(Total of this page)  ➢ | $  **3,201,383.62** | $      **0.00** |
|---|---|---|---|
|  | Total<br>(Use only on last page)  ➢ | $ | $ |
|  |  | (Report total also on Summary of Schedules) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

**Form B6D - (12/07)**                                                              **2007 USBC, Central District of California**

| In re | **1643 Rising Glen, LLC** | Case No.: | |
|---|---|---|---|
| | Debtor. | | (If known) |

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See Instructions Above)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO. | | | 12/10/2010 | | | | 11,586.69 | 0.00 |
| **Los Angeles County Tax Collector Kenneth Hahn Hall of Administration 225 North Hill Street Los Angeles, CA  90012** | | | **Tax Lien 1643 RISING GLEN RD LOS ANGELES CA 90069 TRACT # 20404 LOT 24  Assessor's ID No. 5561-022-012** _____ **Value  $6,242,850.00** | | | | | |

Sheet no. <u>1</u> of <u>1</u> continuation sheets
attached to Schedule of Creditors Holding Secured
Claims

| | | |
|---|---|---|
| Subtotal(s) (Total(s) of this page) ➤ | $ 11,586.69 | $ 0.00 |
| Total(s) (Use only on last page) ➤ | $ 3,212,970.31 | $ 0.00 |
| | (Report total also on Summary of Schedules) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

Form B6E- (Rev. 04/10)                                                                    2010 USBC, Central District of California

| In re | **1643 Rising Glen, LLC** | Case No.: | |
| | Debtor. | | (If known) |

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐   Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐   **Domestic Support Obligations:** Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐   **Extensions of credit in an involuntary case:** Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐   **Wages, salaries, and commissions:** Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐   **Contributions to employee benefit plans:** Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐   **Certain farmers and fishermen:** Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐   **Deposits by individuals:** Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑   **Taxes and Certain Other Debts Owed to Governmental Units:** Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐   **Commitments to Maintain the Capital of an Insured Depository Institution:** Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐   **Claims for Death or Personal Injury While Debtor Was Intoxicated:** Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* *Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

<u>1</u>  continuation sheets attached

Form B6E- (Rev. 04/10)                                                              2010 USBC, Central District of California

| In re | 1643 Rising Glen, LLC | | Case No.: | |
|---|---|---|---|---|
| | | Debtor. | | (If known) |

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

### Taxes and Certain Other Debts Owed to Governmental Units

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO.<br><br>**Franchise Tax Board**<br>**P O Box 94857**<br>**Sacramento**<br>**CA 94257-0511** | | | **Potential claim for unpaid taxes. Listed as a precaution.** | X | X | X | 0.00 | 0.00 | $0.00 |
| Last four digits of ACCOUNT NO.<br><br>**Internal Revenue Service**<br>**P O Box 145566**<br>**Cincinnati**<br>**OH 45250-5566** | | | **Potential claim for unpaid taxes. Listed as a precaution.** | X | X | X | 0.00 | 0.00 | $0.00 |

Sheet no. <u>1</u> of <u>1</u> continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotals ➤ (Totals of this page) | $     0.00 | $     0.00 | $     0.00 |
| Total ➤ (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $     0.00 | | |
| Total ➤ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data. ) | | $     0.00 | $     0.00 |

Form B6F (Official Form 6F) - (Rev. 12/07)

2007 USBC, Central District of California

| In re | **1643 Rising Glen, LLC** | Case No.: | |
|---|---|---|---|
| | Debtor. | | (If known) |

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO. **All Skylight Solutions, Inc. 7522 Slater Ave, Unit 103 Huntington Beach, CA  92647** | | | Skylights | | | | 1,186.00 |
| Last four digits of ACCOUNT NO. **Dana Van Voorhis 11346 Iowa Ave #208 Los Angeles, CA  90025** | | | | | | | 2,500.00 |
| Last four digits of ACCOUNT NO. **Dennis Cisterna III 9517 ½ W. Olympic Blvd. Beverly Hills, CA  90212** | | J | **Professional services** | | | | 2,500.00 |
| Last four digits of ACCOUNT NO. **Mark E. Foster, Esq. 47 Stowe Irvine, California 92620** | | | **Professional services** | | | | 3,270.00 |
| Last four digits of ACCOUNT NO. **Paragon Design Studio 264 S. La Cienega Blvd Suite 1012 Beverly Hills, CA 90211** | | | **Architect Fees** | | | | 3,399.00 |

_1_   Continuation sheets attached

| | | |
|---|---|---|
| Subtotal ➤ | $ | **12,855.00** |
| Total ➤ | $ | |

(Use only on last page of the completed Schedule F.
(Report also on Summary of Schedules and, if applicable on the
Statistical Summary of Certain Liabilities and Related Data.)

Form B6F (Official Form 6F)  - (Rev. 12/07)                                      2007 USBC, Central District of California

| In re | **1643 Rising Glen, LLC** | Case No.: | |
|-------|---------------------------|-----------|--|
| | Debtor. | | (If known) |

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO.<br>**Phillip's Draperies**<br>**161 N. Sierra Madre Blvd.**<br>**Pasadena, CA 91107** | | | **Shades** | | | | 6,077.50 |
| Last four digits of ACCOUNT NO.<br>**Ronald M. Resch, Inc**<br>**9200 Sunset Blvd**<br>**9th Floor**<br>**Los Angeles, CA  90069** | | | **Professional services** | | | | 21,156.06 |
| Last four digits of ACCOUNT NO.<br>**Shawn Chew**<br>**226 3rd Street**<br>**Encenitas, CA  92024** | X | J | **Short term loan** | | | | 196,820.64 |
| Last four digits of ACCOUNT NO.<br>**Stonemart**<br>**13425 Sherman Way**<br>**North Hollywood, CA  91605** | | | **Building materials** | | | | 1,000.00 |

Sheet no. _1_ of _1_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 225,054.20

Total ➤ | $ | 237,909.20

(Use only on last page of the completed Schedule F.
(Report also on Summary of Schedules and, if applicable on the
Statistical Summary of Certain Liabilities and Related Data.)

**Form B6G - (12/07)**                                                     **2007 USBC, Central District of California**

| In re | **1643 Rising Glen, LLC** | Case No.: |
|---|---|---|
| | Debtor. | (If known) |

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | |

Form B6H - (12/07)                                                                    2007 USBC, Central District of California

| In re | **1643 Rising Glen, LLC** | | Case No.: | |
|---|---|---|---|---|
| | | Debtor. | | (If known) |

# SCHEDULE H - CODEBTORS

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Fredrik Broberg**<br>**9903 Sant Monica Blvd.**<br>**Unit 298**<br>**Beverly Hills, CA  90212** | **Finance California**<br>**1900 Avenue of the Stars**<br>**Suite 500**<br>**Los Angeles, CA 90067** |
| **Fredrik Broberg**<br>**9903 Sant Monica Blvd.**<br>**Unit 298**<br>**Beverly Hills, CA  90212** | **Interaudi Bank**<br>**19 East 54th Street**<br>**New York, NY 10022** |
| **Fredrik Broberg**<br>**9903 Sant Monica Blvd.**<br>**Unit 298**<br>**Beverly Hills, CA  90212** | **Shawn Chew**<br>**226 3rd Street**<br>**Encenitas, CA  92024** |

Form B6 - Summary (12/07)                                              2007 USBC, Central District of California

# United States Bankruptcy Court

## Central District of California

## San Fernando Valley Division

| In re **1643 Rising Glen, LLC** | | Case No.: | |
|---|---|---|---|
| | Debtor. | | (if known) |

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $         6,292,850.00 | | |
| B - Personal Property | YES | 2 | $                   0.00 | | |
| C - Property Claimed as Exempt | NO | | | | |
| D - Creditors Holding Secured Claims | YES | 2 | | $         3,212,970.31 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 2 | | $                   0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 2 | | $            237,909.20 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | NO | 0 | | | $ |
| J - Current Expenditures of Individual Debtor(s) | NO | 0 | | | $ |
| TOTAL | | 11 | $         6,292,850.00 | $         3,450,879.51 | |

**UNITED STATES BANKRUPTCY COURT**
**Central District of California**
**San Fernando Valley Division**

In re:    **1643 Rising Glen, LLC**                                          Case No. _____

                                                                            Chapter   **11**

# BUSINESS INCOME AND EXPENSES

FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS (NOTE:  ONLY INCLUDE information directly related to the business operation.)

PART A - GROSS BUSINESS INCOME FOR PREVIOUS 12 MONTHS:

    1.  Gross Income For 12 Months Prior to Filing:                     $ _____ **0.00**

PART B - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:

    2.  Gross Monthly Income:                                                          $ _____ **0.00**

PART C - ESTIMATED FUTURE MONTHLY EXPENSES:

    3.  Net Employee Payroll (Other Than Debtor)              $ _____ **0.00**
    4.  Payroll Taxes                                                       _____ **0.00**
    5.  Unemployment Taxes                                          _____ **0.00**
    6.  Worker's Compensation                                       _____ **0.00**
    7.  Other Taxes                                                       _____ **0.00**
    8.  Inventory Purchases (Including raw  materials)       _____ **0.00**
    9.  Purchase of Feed/Fertilizer/Seed/Spray               _____ **0.00**
  10.  Rent (Other than debtor's principal residence)      _____ **0.00**
  11.  Utilities                                                           _____ **0.00**
  12.  Office Expenses and Supplies                             _____ **0.00**
  13.  Repairs and Maintenance                                   _____ **0.00**
  14.  Vehicle Expenses                                             _____ **0.00**
  15.  Travel and Entertainment                                 _____ **0.00**
  16.  Equipment Rental and Leases                            _____ **0.00**
  17.  Legal/Accounting/Other Professional Fees           _____ **0.00**
  18.  Insurance                                                        _____ **0.00**
  19.  Employee Benefits (e.g., pension, medical, etc.)   _____ **0.00**
  20.  Payments to Be Made Directly By Debtor to Secured Creditors For
       Pre-Petition Business Debts (Specify):

       **None**                                                        _____

  21.  Other (Specify):

       **None**                                                        _____

  22.  Total Monthly Expenses (Add items 3 - 21)                          $ _____ **0.00**

PART D - ESTIMATED AVERAGE NET MONTHLY INCOME:

  23.  AVERAGE NET MONTHLY INCOME (Subtract Item 22 from Item 2)      $ _____ **0.00**

**Official Form B6 - Statistical Summary (12/07)**                                    **2007 USBC, Central District of California**

<table>
<tr><td colspan="2" align="center">**UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA**<br>**SAN FERNANDO VALLEY DIVISION**</td></tr>
<tr><td>In re **1643 Rising Glen, LLC**<br><br>Debtor.</td><td>CHAPTER:   **11**<br><br>CASE NO.:</td></tr>
</table>

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $   0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $   0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $   0.00 |
| Student Loan Obligations (from Schedule F) | $   0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E. | $   0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations  (from Schedule F) | $   0.00 |
| TOTAL | $   0.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $   0.00 |
| Average Expenses (from Schedule J, Line 18) | $   0.00 |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $   0.00 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $   0.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $   0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $   0.00 |
| 4. Total from Schedule F | | $   237,909.20 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $   237,909.20 |

**Form B6 - Declaration(Rev. 12/07)**                                   **2007 USBC, Central District of California**

| In re | 1643 Rising Glen, LLC | Case No.: |
|---|---|---|
| | Debtor. | (If known) |

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

(NOT  APPLICABLE)

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I **Fredrik Broberg**, the __Managing Member__ of the __Partnership__ named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **13**_____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.  *(Total shown on summary page plus 1)*


Date __3/15/2011_____          Signature: __/s/ Fredrik Broberg_____

                                         __Fredrik Broberg Managing Member_____

                                         [Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

---

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.*

Form B203- Disclosure of Compensation of Attorney for Debtor- (1/88)                    1998 USBC, Central District of California

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SAN FERNANDO VALLEY DIVISION

| In re | Case No.: |
|---|---|
| **1643 Rising Glen, LLC** | **DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR** |
| Debtor. | |

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 25,000.00 |
| Prior to the filing of this statement I have received | $ | 0.00 |
| Balance Due | $ | 25,000.00 |

2. The source of compensation paid to me was:

    ☒ Debtor              ☐ Other (specify)

3. The source of compensation to be paid to me is:

    ☐ Debtor              ☒ Other (specify)       **Debtor's managing member and from Debtor**

4. ☒  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a)    Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

    b)    Preparation and filing of any petition, schedules, statement of affairs, and plan which may be required;

    c)    Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

    d)    Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

    e)    [Other provisions as needed]
          **None**

6. By agreement with the debtor(s) the above disclosed fee does not include the following services:

    **None**

Form B203- Disclosure of Compensation of Attorney for Debtor- (1/88)                        1998 USBC, Central District of California

| In re | **1643 Rising Glen, LLC** | Case No.: | |
|---|---|---|---|
| | Debtor. | | (If known) |

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.


**3/15/2011**                                **/s/ William H. Brownstein**

Date                                         Signature of Attorney


                                             **William H. Brownstein & Associates, P.C.**

                                             Name of Law Firm

Form B1, Exhibit C - (9/01)                                                                                      2001 USBC, Central District of California

# UNITED STATES BANKRUPTCY COURT
## Central District of California
### San Fernando Valley Division

#### Exhibit "C"

*[If, to the best of the debtor's knowledge, the debtor owns or has possession of property that poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety, attach this Exhibit "C" to the petition.]*

In re:                                                                                                    Case No.:

    **1643 Rising Glen, LLC**                                                   Chapter:    **11**
             Debtor(s)

## Exhibit "C" to Voluntary Petition

1. Identify and briefly describe all real or personal property owned by or in possession of the debtor that, to the best of the debtor's knowledge, poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety (attach additional sheets if necessary):

**N/A**

_____

_____

_____

_____

2. With respect to each parcel of real property or item of personal property identified in question 1, describe the nature and location of the dangerous condition, whether environmental or otherwise, that poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety (attach additional sheets if necessary):

**N/A**

_____

_____

_____

_____

## United States Bankruptcy Court
## Central District of California
### San Fernando Valley Division

In re:  **1643 Rising Glen, LLC**                                          Case No.

# List of Equity Security Holders

| REGISTERED NAME OF HOLDER OF SECURITY LAST KNOWN ADDRESS OR PLACE OF BUSINESS | CLASS OF SECURITY | NUMBER REGISTERED | KIND OF INTEREST REGISTERED |
|---|---|---|---|
| **Charles Miseroy**<br>**12318 Foxcroft Place**<br>**Granada Hills, CA  91344** | **Member** | | **Member** |
| **Fredrik Broberg**<br>**9903 Santa Monica Blvd.**<br>**Number 298**<br>**Beverly Hills, CA  90212** | **Member** | | **Member** |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, **Fredrik Broberg**, **Managing Member** of the Partnership named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date:  <u>3/15/2011</u>                            /s/ Fredrik Broberg
                                                 **Fredrik Broberg, Managing Member, 1643 Rising Glen,**
                                                 **Debtor**

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

| Party Name, Address, and Telephone Number (CA State Bar No. If Applicable) | FOR COURT USE ONLY |
|---|---|
| **William H. Brownstein, Esq.**<br>**1250 Sixth Street, Suite 205**<br>**Santa Monica, CA  90401**<br>**(310) 458-0048**<br>**FAX: (310) 576-3581**<br><br>*Attorney for* **Fredrik Broberg** | |

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>      **1643 Rising Glen, LLC**<br><br><br><br>Debtor. | CHAPTER:                    **11**<br>CASE NUMBER<br><br><br>(No Hearing Required) |

**VENUE DISCLOSURE FORM**

**FOR PARTNERSHIPS FILING CHAPTER 11**

**(Required by General Order 97-02)**

*Attach additional sheets as necessary and indicate so in each section*

1.  Specify the address(es) of the principal office(s) of the Debtor currently on file with the California Secretary of State (from Form LP1, LP5, or GP1):

    **3537 Berry Drive**
    **Studio City, CA  91604**

2.  Specify the address of the principal office(s) of the Debtor listed on the Debtor's most recent federal tax return:

    **3537 Berry Drive**
    **Studio City, CA  91604**

3.  Disclose the current business address(es) for the general partner(s) and all officers of the general partner(s):

    **3537 Berry Drive**
    **Studio City, California  91604**
    **12318 Foxcroft Place**
    **Granada Hills, CA  91344**

4.  Disclose the current business address(es) where the Debtor's books and records are located:

    **3537 Berry Drive**
    **Studio City, California  91604**

*Rev.12/99*  This form is required pursuant to General Order 97-02. it has been approved for use by the United States Bankruptcy Court for the Central District of California.                    **VEN-P**

Case 1:11-bk-13205-VK   Doc 1   Filed 03/15/11   Entered 03/15/11 15:43:49   Desc
Main Document   Page 28 of 34
Venue Disclosure Form for Partnerships Filing Chapter 11 - Page Two (2)

VEN-P

| In re    **1643 Rising Glen, LLC** | CHAPTER: | **11** |
|---|---|---|
| Debtor. | CASE NO.: | |

5. List the address(es) where the majority of the Debtor's assets are located based on a book value determination as set forth on the Debtor 's most recent balance sheet:

**1643 RISING GLEN RD
LOS ANGELES CA 90069**

6. Disclose any different address(es) to those listed above within six months prior to the filing of this petition and state the reasons for the change in address(es):

7. State the name and address of the individual signing this Statement and the relationship of such individual to the Debtor and to the General Partner of the Debtor (specify):

**Fredrik Broberg, Managing Member
9903 Santa Monica Blvd.
Unit 298
Beverly Hills, CA  90212**

8. Total number of attached pages of supporting documentation: _____

9. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.

Executed on the __15th__ day of __March_____, 20 __11___ , at __Studio City_____, California.

**Fredrik Broberg**
_____
*Type Name of General Partner*

**/s/ Fredrik Broberg**
_____
*Signature of Declarant*

**Managing Member**
_____
*Title of Declarant (if any)*

Verification of Creditor Mailing List - (Rev. 10/05)                                    2003 USBC, Central District of California

## MASTER MAILING LIST
### Verification Pursuant to Local Bankruptcy Rule 1007-2(d)

Name      **William H. Brownstein**
Address   **William H. Brownstein & Associates, P.C.**
          **1250 Sixth Street**
          **Suite 205**
          **Santa Monica, CA  90401-1637**
Telephone **310 458-0048**

☒ Attorney for Debtor(s)
☐ Debtor In Pro Per

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>SAN FERNANDO VALLEY DIVISION | |
|---|---|
| List all names including trade names, used by Debtor(s) within last 8 years:<br><br>**1643 Rising Glen, LLC** | Case No.: <br><br>Chapter:          **11** |

## VERIFICATION OF CREDITOR MAILING LIST

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of _____**3**_____ sheet(s) is complete, correct , and consistent with the debtor's schedules pursuant to Local Rule 1007-2(d) and I/we assume all responsibility for errors and omissions.

Date:   **3/15/2011**                                      **/s/ Fredrik Broberg**
                                                          Fredrik Broberg ,Managing Member


_____
William H. Brownstein, Attorney *(if applicable)*

1643 Rising Glen, LLC
3537 Berry Drive
Studio City, CA  91604

William H. Brownstein
William H. Brownstein & Associates,
1250 Sixth Street
Suite 205
Santa Monica, CA  90401-1637

All Skylight Solutions, Inc.
7522 Slater Ave, Unit 103
Huntington Beach, CA  92647

Catifornia Trustee Services, Inc.
3639 Midway Drive, Suite B132
San Diego, California 92110

Dana Van Voorhis
11346 Iowa Ave #208
Los Angeles, CA  90025

Dennis Cisterna III
9517 ½ W. Olympic Blvd.
Beverly Hills, CA  90212

Finance California
1900 Avenue of the Stars
Suite 500
Los Angeles, CA 90067

Franchise Tax Board
P O Box 94857
Sacramento
CA 94257-0511

Fredrik Broberg
9903 Sant Monica Blvd.
Unit 298
Beverly Hills, CA  90212

Interaudi Bank
19 East 54th Street
New York, NY 10022

Internal Revenue Service
P O Box 145566
Cincinnati
OH 45250-5566

Los Angeles County Tax Collector
Kenneth Hahn Hall of Administration
225 North Hill Street
Los Angeles, CA  90012

Mark E. Foster, Esq.
47 Stowe
Irvine, California 92620

Paragon Design Studio
264 S. La Cienega Blvd
Suite 1012
Beverly Hills, CA 90211

Phillip's Draperies
161 N. Sierra Madre Blvd.
Pasadena, CA 91107

Ronald M. Resch, Inc
9200 Sunset Blvd
9th Floor
Los Angeles, CA  90069

Shawn Chew
226 3rd Street
Encenitas, CA  92024

Stonemart
13425 Sherman Way
North Hollywood, CA  91605

Dana Van Voorhis
Dana Van Voorhis
11346 Iowa Ave #208
Los Angeles, CA  90025

Dennis Cisterna III
Dennis Cisterna III
9517 ½ W. Olympic Blvd.
Beverly Hills, CA  90212

Eric Hammerlund
Paragon Design Studio
264 S. La Cienega Blvd
Suite 1012
Beverly Hills, CA 90211

Jason Wiener
Finance California
1900 Avenue of the Stars
Suite 500
Los Angeles, CA 90067

Ken Girvetz
Phillip's Draperies
161 N. Sierra Madre Blvd.
Pasadena, CA 91107

Kim
Stonemart
13425 Sherman Way
North Hollywood, CA  91605

Margarita Hickerson
All Skylight Solutions, Inc.
7522 Slater Ave, Unit 103
Huntington Beach, CA  92647

Mark Foster
Mark E. Foster, Esq.
47 Stowe
Irvine, California 92620

Marta Bailey
Ronald M. Resch, Inc
9200 Sunset Blvd
9th Floor
Los Angeles, CA  90069

Shawn Chew
Shawn Chew
226 3rd Street
Encenitas, CA  92024